422 A.2d 1172

Commonwealth v. Shever, Appellant.

Submitted April 12, 1979. John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence is affirmed.